IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL SPERRY,

    Plaintiff,

 v.

WARDEN JAMES T. YATES, et al.,

    Defendants.
                                        /

No. C 09-06004 SBA (PR)

**ORDER OF TRANSFER**

    Plaintiff, a state prisoner, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983 and an application for in forma pauperis status. The acts complained of occurred at High Desert State Prison and Pleasant Valley State Prison, which are both located in the Eastern District of California, and it appears that the Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

    Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith.

    All remaining motions are TERMINATED on this Court's docket as no longer pending in this district.

    IT IS SO ORDERED.

DATED: 1/12/10

                                                  *Saundra B Armstrong*
                                                  SAUNDRA BROWN ARMSTRONG
                                                  United States District Judge

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE<br>NORTHERN DISTRICT OF CALIFORNIA | |
| MICHAEL SPERRY,<br><br>        Plaintiff,<br><br>  v.<br><br>JAMES T YATES et al,<br><br>        Defendant. | Case Number: CV09-06004 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 28, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Sperry G-01072
Pleasant Valley State Prison
P.O. Box 8504
Coalinga, CA 93210-8504

Dated: January 28, 2010

                                      Richard W. Wieking, Clerk
                                      By: LISA R CLARK, Deputy Clerk